IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

In re: Elizabeth M. Pirzchalski (Deceased)   *   Case No 18-23159

      Debtor(s)   *   Chapter 13

*   *   *   *   *   *   *   *   *   *   *   *

## NOTICE OF DEATH

Kindly take notice that the debtor, Elizabeth M. Pirzchalski, passed away on December 25, 2018.

Dated: March 11, 2019

/s/ Jeffrey M. Sirody
Jeffrey M. Sirody, Esquire
Jeffery M. Sirody & Associates
1777 Reisterstown Road, Suite 360East
Baltimore, MD 21208
(410) 415-0445

Counsel for the Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on the 11th day of March, 2019, a copy of this *Notice Of Death* was mailed by first class mail, postage pre-paid, to all creditors on the mailing matrix and electronically sent to:

Gordon Heyman, Attorney for Independent Mortgage
    gheyman@alliantlegal.com

Scott Nadel, Attorney for U.S. Bank Trust, N.A.
    scottnadel@lojnlaw.com

Robert Thomas, II, Chapter 13 Trustee ecf@ch13balt.com

/s/ Jeffrey M. Sirody
Jeffrey M. Sirody, Esquire